1

2

3

4                    UNITED STATES DISTRICT COURT

5                  NORTHERN DISTRICT OF CALIFORNIA

6

7    TROY L. MCNEIL, et al.,                Case No.  13-cv-05519-JST
              Plaintiffs,

8

9         v.                               **ORDER REGARDING CASE
                                           SCHEDULE**

10   WELLS FARGO BANK, N.A., et al.,
              Defendants.

11

12        On November 27, 2013, Defendants removed this case from the Superior Court of

13   California, County of Alameda.  ECF No. 1.  On December 11, 2013, the case was reassigned to

14   the Honorable Samuel Conti.  ECF No. 10.  Judge Conti issued a status conference order, which

15   set the remaining dates in this case.  ECF No. 39.  These dates were vacated upon reassignment of

16   the case to this Court.  ECF No. 41.

17        The Court hereby sets the following dates:

18        (1) This case is set for trial on **Monday, February 29, 2016, at 8:30 a.m.**  A pretrial

19   conference shall be held before the Court on **Friday, February 19, 2016, at 1:30 p.m.** in

20   Courtroom 2, 4th Floor, Oakland.  The pretrial conference statement is due on **Tuesday,**

21   **February 9, 2016.**

22        (2) All discovery shall be completed and all depositions taken by **December 11, 2015.**

23        (3) The last hearing date for dispositive motions, to be noticed in accordance with Civil

24   Local Rule 7-2, is **Thursday, January 21, 2016, at 2:00 p.m.** Counsel should check this Court's

25   scheduling notes for available dates prior to noticing any motions for hearing.

26   ///

27   ///

28   ///

United States District Court
Northern District of California

1    The Court also directs the parties to the Court's Standing Orders

2 (http://www.cand.uscourts.gov/jstorders).

3    IT IS SO ORDERED.

4 Dated: November 16, 2015

5

6                                                  _____
                                                   JON S. TIGAR
7                                                  United States District Judge